DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER JOHNSON,**
Appellant,

v.

**STEVEN CHRISTOPHER JOHNSON** and **KATHLEEN JOHNSON,**
Appellees.

No. 4D21-906

[February 17, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502017DR002873.

Allison L. Friedman of Allison L. Friedman P.A., Aventura, for appellant.

Alan Jay Braverman, Yosef Kudan, and Marko Ilich of Stok Kon & Braverman, Fort Lauderdale, for appellee Kathleen Johnson.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ, and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***